IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARY K. HICKS, et ux.** | * | Case No. 91305550 (MD) (1) |
| | * | Case No. 93-3209 |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | |
| **AC&S, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

1. On Motion of Kathryn R. Poole for substitution in place of Mary K. Hicks, deceased, it appearing to the Court that the said Mary K. Hicks died testate on July 6, 2004; that the claim asserted by her in this action was not thereby extinguished; and that Kathryn R. Poole has been duly appointed Personal Representative of the Estate of Mary K. Hicks, and is qualified and is acting as such; and

2. On Motion of Kathryn R. Poole for dismissal of the loss of consortium claim of Floyd M. Hicks, it appearing to the Court that the said Floyd M. Hicks departed this life September 22, 1998;

**IT IS ORDERED,** that Kathryn R. Poole, Personal Representative of the Estate of Mary K. Hicks, be substituted as Plaintiff herein in the place of Mary K. Hicks, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS FURTHER ORDERED,** that the loss of consortium claim on behalf of Floyd M. Hicks be, and is hereby dismissed.

**JUDGE**

**DATE:**